IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENDA BUTLER,

        Plaintiff,

v.

BRANDLEY'S BUILDING MAINTENANCE, LLC,

        Defendant.

Case No. 24-cv-1427 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/28/2025**　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　**s/ Tina Gray, Deputy Clerk**


**Approved:**　*s/J. Phil Gilbert*
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**